# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Kukula, | No. CV-16-00098-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| B/E Aerospace Incorporated Employee Benefit Plan, et al., | |
| Defendants. | |

Pending before the Court is a Stipulation of Dismissal. Doc. 37. Good cause appearing;

**IT IS HEREBY ORDERED** that the above-captioned lawsuit is dismissed with prejudice in its entirety, with each party to bear its own costs and attorneys' fees.

Dated this 9th day of December, 2016.

Raner C. Collins
Chief United States District Judge